UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAULA MIGLIORINI,

    Plaintiffs,

v.     CASE NO: 8:05-cv-1525-T-23TGW

REPUBLIC LAND AND TITLE. INC, et al,

    Defendants.
_____/

## ORDER

The parties' stipulation of dismissal with prejudice (Doc. 13) is **APPROVED**. Pursuant to Rule 41(a), Federal Rules of Civil Procedure, the action is **DISMISSED WITH PREJUDICE**. The court declines to retain jurisdiction to enforce the parties' independently negotiated settlement agreement. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375 (1994). The clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on November 19, 2005.

                                        STEVEN D. MERRYDAY
                                      UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy